UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR11-302-JCC |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| ESTEVAN OLMOS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

<u>Offense charged</u>: Possession of Cocaine with Intent to Distribute

<u>Date of Detention Hearing</u>: September 20, 2011.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. Defendant has been charged with a drug offense, the maximum penalty of which

DETENTION ORDER
PAGE -1

is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. Defendant is a long-time resident of Kansas. He left the area when he and his wife separated. His criminal history includes a domestic battery conviction from January 2010 in Kansas. He has few ties to this area. He is alleged to have used his wife and children to deliver cocaine to a storage unit in furtherance of the instant criminal scheme. The AUSA proffers the value of the cocaine involved as approximately $960,000. The defendant is alleged to have admitted traveling to Canada to distribute the cocaine on a number of occasions. Defendant is alleged to have admitted cocaine use as recently as one week prior to his arrest, and use over the last five years.

3. There is an outstanding warrant extraditable in Kansas for theft under $1000/criminal trespass.

4. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the

01 person in charge of the corrections facility in which defendant is confined shall deliver

02 the defendant to a United States Marshal for the pupose of an appearance in connection

03 with a court proceeding; and

04 4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel

05 for the defendant, to the United States Marshal, and to the United State Pretrial Services

06 Officer.

07 DATED this 20th day of September, 2011.

*(signature)*
Mary Alice Theiler
United States Magistrate Judge